IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

SHERRY LYNN CLARK, )
)
v. ) 2:10-0120
)
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Knowles, Document #19, the objection of Plaintiff thereto, Document #20, and a response to the objection, Document #21.

The Court finds the Report and Recommendation of the Magistrate Judge to be well reasoned and his assessment of the opinion of the Administrative Law Judge to be correct in law and fact.

For the reasons set forth in the Report and Recommendation, the Court finds the decision of the Administrative Law Judge to be supported by substantial evidence. The objection is overruled, and the decision of the Administrative Law Judge is affirmed.

Plaintiff's Motion for Judgment on the Record, Document #13, is **DENIED**, and this case is **DISMISSED**.

   It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge